**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Maurice JACKSON; Juanita Ann Brown Evans; Jacoby Dwayne Brown, Defendants–Appellants.**

**No. 03–31012.**

United States Court of Appeals,
Fifth Circuit.

Decided July 28, 2005.

Josette Louise Cassiere, C. Mignonne Griffing, Assistant U.S. Attorneys, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Harold C. Gilley, Jr., Gilley & Gilley, Shreveport, LA, for Maurice Jackson.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

**ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES**

PER CURIAM: *

IT IS ORDERED that the unopposed motion of appellant, Maurice Jackson to vacate sentence and remand for resentencing is GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.